168 A.3d 1182

HASKELL PROPERTIES, LLC, PLAINTIFF–RESPONDENT, v. THE AMERICAN INSURANCE COMPANY, ST. PAUL FIRE & MARINE INSURANCE COMPANY, FIRST STATE INSURANCE COMPANY, AND FIREMAN'S FUND INSURANCE COMPANY, DEFENDANTS, AND GREAT AMERICAN INSURANCE COMPANY OF NEW YORK (F/K/A AMERICAN NATIONAL FIRE INSURANCE COMPANY), DEFENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001452–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to reconsider in light of *Givaudan Fragrances Corporation v. Aetna Casualty & Surety Company*, 227 *N.J.* 322, 151 *A.*3d 576 (2017). Jurisdiction is not retained.